IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PETER JAMES ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-0598-C |
| | ) | |
| JUSTIN JONES, Director, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Valerie K. Couch on August 31, 2009. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus dismissed, without prejudice. Petitioner's "Motion to Be Placed upon Docket to Be Heard (Dkt. No. 14) is denied as moot.

IT IS SO ORDERED this 28th day of September, 2009.

ROBIN J. CAUTHRON
United States District Judge